IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RAHAL INTERNATIONAL, INC., an Illinois Corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| | ) | Case No. 1:23-cv-4784 |
| v. | ) ) | The Honorable Martha M. Pacold |
| NATIONAL FRUIT PRODUCT COMPANY, INCORPORATED, a Virginia Corporation, | ) ) ) | |
| Defendant. | ) | |

## **DEFENDANT NATIONAL FRUIT PRODUCT COMPANY'S MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(2) AND 12(B)(3)**

Defendant, NATIONAL FRUIT PRODUCT COMPANY, INC. ("National Fruit"), by its attorneys, Lynda Van Greenstone, GLENLOCH LEGAL, PLC, of counsel, and Steven Malitz, SAUL EWING, of counsel, and for its Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(2) and 12(b)(3), states as follows:

1. Federal Rule of Civil Procedure 12(b)(2) provides that a party may challenge the assertion of personal jurisdiction over that party prior to filing responsive pleadings. *See* Fed. R. Civ. P. 12(b)(6).

2. On July 24, 2023, Plaintiff, Rahal International, Inc. ("Rahal"), filed a Complaint and Demand for Jury Trial against, Defendant, National Fruit, seeking a judgment of $1,371,457.54 for alleged past due invoices owed by National Fruit to Rahal.

3. However, Defendant National Fruit is not subject to personal jurisdiction in Illinois necessary for Plaintiff to maintain its claims against National Fruit.

4. Additionally, even if Rahal could establish personal jurisdiction, Rahal still fails to establish that venue is proper under Rule 12(b)(3). The case should be transferred to the U.S. District Court for the Eastern District of Virginia.

5. For the reasons outlined in Defendant National Fruit's Memorandum in Support, accompanying this Motion, Count I of Plaintiff's Complaint, and all claims asserted against National Fruit therein, should be dismissed for lack of personal jurisdiction and venue.

WHEREFORE, Defendant, NATIONAL FRUIT, respectfully requests that this Honorable Court grant its Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(2) and 12(b)(3), and for all other relief which this court deems just and fair.

Dated: September 15, 2023

Respectfully submitted,

NATIONAL FRUIT PRODUCT COMPANY, INCORPORATED

By Counsel

/s/ Steven Malitz
Steven Malitz
SAUL EWING, LLP
161 North Clark Street, Suite 4200
Chicago, IL 60601
Telephone: (312) 876-7100
steven.malitz@saul.com

Lynda Van Davis-Greenstone, Pro Hac Vice
GLENLOCH LEGAL, PLC
119 Creekside Lane
Winchester, VA 22602
Telephone: (540) 692-9790
Greenstone@glenlochlegal.com

Counsels for Defendant

## **CERTIFICATE OF SERVICE**

Steven N. Malitz, an attorney, certifies that on September 15, 2023, he electronically filed Defendant's **Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(B)(2) and 12(B)(3)** with the Clerk of the Court by using the CM/ECF system, which sent notification of such filings to all parties of record.

  /s/ Steven N. Malitz
Steven N. Malitz

Steven N. Malitz (ARDC No. 6229768)
Steven.Malitz@saul.com
Attorney for Defendant
SAUL EWING, LLP
161 North Clark Street, Suite 4200
Chicago, IL 60601
Telephone: (312) 876-7100