## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| RAHAL INTERNATIONAL, INC., a Delaware corporation, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:23-cv-04784 |
| v. | ) ) | US District Court Judge Martha M. Pacold |
| NATIONAL FRUIT PRODUCT COMPANY INCORPORATED, a Virginia corporation, | ) ) ) ) ) | US Magistrate Judge Young B. Kim |
| Defendant. | ) | |

### PLAINTIFF'S MOTION TO STRIKE AFFIRMATIVE DEFENSES

Plaintiff Rahal International, Inc., pursuant to Federal Rule of Civil Procedure 12(f), submits this Motion to Strike Affirmative Defenses ("Motion").

1. On July 23, 2023, Plaintiff filed a single-count Complaint for an account stated.

2. On August 22, 2024, Defendant filed its answer and lodged 24 affirmative defenses:

- The Complaint, and the claim alleged therein, fails to state a claim against Defendant upon which relief may be granted.
- Plaintiff, not Defendant, materially breached the terms of any contract between the parties, fully excusing or discharging Defendant of any performance.
- Plaintiff's claims are barred, in whole or in part, because its alleged injuries were not proximately caused by any act or omission related to Defendant.
- Plaintiff's claims are barred, in whole or in part, by its own failure to perform and breach of contract.
- Plaintiff's claims are barred, in whole or in part, by failure of consideration.
- Plaintiff's claims are barred, in whole or in part, by its failure to mitigate loss.
- Plaintiff's claims are barred, in whole or in part, by the Statute of Frauds.
- Plaintiff's claims are barred, in whole or in part, by its failure to supply goods that conformed to the parties' agreement, goods of merchantable quality, goods fit for their particular purpose, and or goods that were not defective.
- Plaintiff's claims are barred, in whole or in part, by its own breach of express and implied warranties.
- Plaintiff's claims are barred, in whole or in part, because Plaintiff engaged in fraudulent conduct.

- Plaintiff's claims are barred, in whole in in part, because Defendant has a right to a set-off.
- Plaintiff breached the contract with Defendant before Defendant's alleged breach. As the first party to breach the agreement, Plaintiff cannot seek or enforce the terms of the agreement.
- Any injury to Plaintiff was the direct result of its own conduct.
- Any injury to Plaintiff was either self-inflicted or caused by some other agent other than Defendant.
- Any injuries or damages received or complained by Plaintiff were a result of Plaintiff's own negligence.
- The Complaint, and the claim alleged therein, is barred in whole or in part by the conduct, actions and inactions of Plaintiff.
- Plaintiff's claim is barred by the doctrine of unclean hands, overreaching, and fraud perpetrated on National Fruit by virtue of the allegations made by Plaintiff known not to be true and not caused by National Fruit; therefore, Rahal is not entitled to any compensation.
- Plaintiff, by its conduct, is estopped from making any claim regarding Defendant's conduct.
- Plaintiff's claims are barred by virtue of National Fruit's compliance with all applicable laws, regulations or standards, and at all times were lawful and in good faith.
- Plaintiff is not entitled to interest.
- Plaintiff is not entitled to consequential damages.
- Plaintiff is not entitled to attorney's fees.
- Plaintiff's claims are barred by Plaintiff's failure to mitigate damages.
- Plaintiff's claims are barred by virtue of the doctrine of unjust enrichment.

3. Federal Rule of Civil Procedure 12(f) states that the "court may strike from a pleading an insufficient defense or any redundant, immaterial, impertinent, or scandalous matter."

4. For the reasons set forth in Plaintiff's Memorandum in support of this Motion, which is incorporated herein, Plaintiff respectfully requests that the Court strike Defendant's Affirmative Defenses.

Respectfully Submitted,

_____/s/ Charles Chejfec_____

Charles Chejfec
The Law Offices of Charles Chejfec
316 W. Roosevelt Rd., Suite 100
Wheaton, IL 60187
(630) 251-3035
Charles@Chejfeclaw.com

**CERTIFICATE OF SERVICE**

  The undersigned counsel certifies that on October 2, 2024, he electronically filed **Plaintiff's Motion to Stike Affirmative Defenses** with the Clerk of the United States District Court for the Northern District of Illinois using the CM/ECF system, which sent notification of such filing to all parties of record.

                           /s/ Charles Chejfec

Charles Chejfec
The Law Offices of Charles Chejfec
316 W. Roosevelt Rd., Suite 100
Wheaton, IL 60187
(630) 251-3035
Charles@Chejfeclaw.com