IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RAHAL INTERNATIONAL, INC., a Delaware corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| | ) | Case No. 1:23-cv-04784 |
| v. | ) ) | US District Court Judge Martha M. Pacold |
| | ) ) | US Magistrate Judge Young B. Kim |
| NATIONAL FRUIT PRODUCT COMPANY INCORPORATED, a Virginia corporation, | ) ) ) ) | |
| Defendant. | ) | |

**PLAINTIFF'S RULE 12(B)(6) MOTION TO DISMISS COUNTS
II, III, V, VI, VII, AND VIII OF DEFENDANT'S COUNTERCLAIM**

Plaintiff Rahal International, Inc., pursuant to Federal Rule of Civil Procedure 12(b)(6), submits this Motion to Dismiss Counts II, III, V, VI, VII, and VIII of Defendant's Counterclaim ("Motion").

1. On August 22, 2024, Defendant filed a seven-count counterclaim ("Counterclaim"). Count I is a breach of contract claim. Count II asserts a claim for promissory fraud/scheme to defraud. Count III alleges a breach of express warranty cause of action. Count V is titled "Failure of Warranty's Essential Purpose and Common Law". Count VI claims that Plaintiff breached an implied warranty of fitness for a particular purpose. Count VII contends that Plaintiff breached an implied warranty of merchantability. Count VIII offers a set-off claim.

2. Federal Rule of Civil Procedure 12(b)(6) requires a court to dismiss a complaint when it fails to state a claim upon which relief can be granted.

3.  For the reasons set forth in Plaintiff's Memorandum in support of this motion, which is incorporated herein, Plaintiff respectfully requests that the Court enter an order dismissing Counts II, III, V, VI, VII and VIII of the Counterclaim.

Respectfully Submitted,

_/s/ Charles Chejfec_

Charles Chejfec
The Law Offices of Charles Chejfec
316 W. Roosevelt Rd., Suite 100
Wheaton, IL 60187
(630) 251-3035
Charles@Chejfeclaw.com

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that on October 2, 2024, he electronically filed **Plaintiff's Rule 12(b)(6) Motion to Dismiss Counts II, III, V, VI, VII, and VIII of Defendant's Counterclaim** with the Clerk of the United States District Court for the Northern District of Illinois using the CM/ECF system, which sent notification of such filing to all parties of record.

_/s/ Charles Chejfec_

Charles Chejfec
The Law Offices of Charles Chejfec
316 W. Roosevelt Rd., Suite 100
Wheaton, IL 60187
(630) 251-3035
Charles@Chejfeclaw.com