# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Rahal International, Inc.

                          Plaintiff,

v.                                                Case No.: 1:23–cv–04784
                                                Honorable Martha M. Pacold

National Fruit Product Company, Inc.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 14, 2025:

      MINUTE entry before the Honorable Young B. Kim: Plaintiff's motion to reschedule depositions [86] is granted. Defendant's motion for extension of time to respond to Plaintiff's motion [87] is denied as moot. Defendant's motion for sanctions [88] is denied. On March 22, 2025, the court entered an order requiring the parties to follow a deposition schedule the parties agreed to and confirmed. (R. 82.) However, the depositions scheduled for May 5, May 6, and May 7, 2025, did not proceed as scheduled. The reason for this is undisputed–––David Gum elected not to appear for his deposition as a designee on May 5, 2025, because of his mother's medical condition and Plaintiff planned on starting its depositions of Defendant and its agents with Gum. (For the benefit of Plaintiff, the court has confirmed the information Gum provides in his declaration. (R. 89–1).) Plaintiff made it clear to Defendant that because Gum's deposition as the Rule 30(b)(6) designee was unable to proceed on May 5, 2025, the depositions scheduled for May 6 and May 7, 2025, must also be rescheduled. In fact, Plaintiff asked Defendant to include this information in Defendant's motion to reschedule Gum's deposition, which Defendant filed on May 6, 2025. Given Plaintiff's response to Gum's decision not to appear for his deposition, there is no basis for sanctioning Plaintiff. The problem Defendant highlights to seek sanctions against Plaintiff was Defendant–generated by not raising the issue of May 7, 2025 depositions in its May 6, 2025 motion. Parties are to reschedule the depositions of Kelly Spitzer and Stewart Bronstater to take place between May 31 and June 13, 2025. (The court suggests that the parties consider Saturday, May 31, 2025, for their depositions given that Defendant's lead attorney will be in town on May 30, 2025.) Plaintiff is ordered to depose Gum on May 29 and May 30, 2025, at the time and place the parties agreed to initially. Only the deposition dates are to be changed for Gum, Spitzer, and Bronstater. The rest of the schedule included in the court's March 22, 2025, order to stand. Plaintiff is ordered to file by May 21, 2025, a status report updating the court on the deposition dates for Spitzer and Bronstater. (ec)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of

Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.